Diane L. Balma, SBN: 155128
Alan M. Laskin, SBN: 148858
Adriana Artunduaga-Mendez, SBN: 314332
Christopher O. Holleran, SBN: 330428
LASKIN BALMA ATTORNEYS AT LAW
2150 River Plaza Drive, Suite 270
Sacramento, CA 95833
Tel: (916) 329-9010
Fax: (916) 442-0444
cholleran@laskinlaw.com

Attorneys for Plaintiff
JOSHUA DAVID PACKARD

BRETT SCHOEL, STATE BAR NO. 224212
bschoel@ljdfa.com
ARASH AALEM, STATE BAR NO. 350739
aaalem@ljdfa.com
LA FOLLETTE, JOHNSON,
DeHAAS, FESLER & AMES
655 University Avenue, Suite 119
Sacramento, California 95825-6746
Telephone (916) 563-3100 • Facsimile (916) 565-3704

Attorneys for Defendants CVS PHARMACY, INC.,
LONGS DRUG STORES CALIFORNIA, LLC

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION**

| | |
|---|---|
| JOSHUA DAVID PACKARD,<br><br>Plaintiff,<br><br>vs<br><br>CVS PHARMACY, INC. AND DOES 1 TO 100, INCLUSIVE,<br><br>Defendants. | Case No.  2:24-cv-02286-DJC-CKD<br>[Removal from Superior Court of California, Nevada, Case No. CU0001431]<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DEADLINE TO EXCHANGE OF FEDERAL RULE OF CIVIL PROCEDURE 26 INITIAL DISCLOSURES** |

The Court has reviewed the Parties' stipulation, by and among Plaintiff, JOSHUA DAVIDPACKARD (hereinafter referred to as "Plaintiff") and Defendants, CVS PHARMACY INC., and LONGS DRUG STORES CALIFORNIA, LLC (hereinafter collectively referred to as "Defendants"), through their respective attorneys of record, to continue the deadline for the mutual exchange of Federal Rule of Civil Procedure 26 Initial Disclosures, and upon a showing of good cause, issues the following Order:

1. The deadline for the Parties to exchange Federal Rule of Civil Procedure 26 Initial Disclosures is extended until November 14, 2024.

IT IS SO ORDERED

Dated:  October 31, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION TO CONTINUE DEADLINE TO EXCHANGE OF FEDERAL RULE OF CIVIL PROCEDURE 26 INITIAL DISCLOSURES