Diane L. Balma, SBN: 155128
Alan M. Laskin, SBN: 148858
Christopher O. Holleran, SBN: 330428
LASKIN BALMA ATTORNEYS AT LAW
2150 River Plaza Drive, Suite 270
Sacramento, CA 95833
Tel: (916) 329-9010
Fax: (916) 442-0444
cholleran@laskinlaw.com

Attorneys for Plaintiff
JOSHUA DAVID PACKARD

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION

| | |
|---|---|
| JOSHUA DAVID PACKARD,<br><br>　　　　Plaintiff,<br><br>vs<br><br>CVS PHARMACY, INC. AND DOES 1 TO 100, INCLUSIVE,<br><br>　　　　Defendants. | Case No. 2:24-cv-02286-DJC-CKD<br>[Removal from Superior Court of California, Nevada, Case No. CU0001431]<br><br>**ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT AND EXTENDING THE TIME TO FILE A RESPONSE** |

　　　　The Court has reviewed Plaintiff Joshua David Packard and Defendant, CVS Pharmacy Inc., through their respective attorneys of record, stipulation to file a First Amended Complaint (FAC) adding the Safeway, Inc., as a defendant in this action, and to extend the time for Defendant CVS Pharmacy, Inc., to file a response, and upon a showing of good cause, issues the following Order:

1. Plaintiff is granted leave to file the FAC adding SAFEWAY, INC. as a defendant in this action.

2. Plaintiff shall file the FAC attached to the Stipulation as Exhibit "A" as a stand-alone event on the docket no later than 3/3/2025.

3. The FAC shall be deemed served on the Defendant CVS as of the date Plaintiff's counsel electronically transmits to the Defendant CVS's counsel a copy of the Court's signed Order.

4. When the Court signs the [Proposed] Order to file the FAC, Defendant CVS shall have thirty (30) days from the date of service to file a response to Plaintiff's FAC.

IT IS SO ORDERED.

Dated:  February 28, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE