BRETT SCHOEL, STATE BAR NO. 224212
bschoel@ljdfa.com
ARASH AALEM, STATE BAR NO. 350739
aaalem@ljdfa.com
**LA FOLLETTE, JOHNSON,
DeHAAS, FESLER & AMES**
655 University Avenue, Suite 119
Sacramento, California 95825-6746
Telephone (916) 563-3100 • Facsimile (916) 565-3704

Attorneys for Defendant
CVS PHARMACY, INC., and LONGS DRUG STORES CALIFORNIA, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION

| | |
|---|---|
| JOSHUA DAVID PACKARD,<br><br>   Plaintiff,<br><br>vs.<br><br>CVS PHARMACY, INC., LONGS DRUG STORES CALIFORNIA, LLC, and DOES 1 to 100, inclusive,<br><br>   Defendants. | CASE NO.: 2:24-cv-02286-DJC-CKD<br>[Removal from Superior Court of California, Nevada, Case No. CU0001431]<br><br>[PROPOSED ORDER]<br>**STIPULATED PROTECTIVE ORDER**<br><br>***WITH MODIFICATIONS BY THE COURT***<br><br>TRIAL DATE: None Set<br>ACTION FILED: 06/04/24 |

The Court has reviewed the parties' stipulated protective order. (ECF No. 13.) The stipulation comports with the relevant authorities and the court's applicable local rule. *See* L.R. 141.1. The Court APPROVES the protective order, subject to the following clarification. The Court's Local Rules indicate that once an action is closed, it "will not retain jurisdiction over enforcement of the terms of any protective order filed in that action." L.R. 141.1(f); *see also, e.g.*, *MD Helicopters, Inc. v. Aerometals, Inc.*, 2017 WL 495778 (E.D. Cal., Feb. 03, 2017) (noting that courts in the district generally do not retain jurisdiction for disputes concerning protective orders after closure of the case). Thus, the Court will not retain jurisdiction over this protective order once the case is closed.

1  Further, this Stipulated Protective Order does not entitle a party to file confidential
2 information under seal. Local Rule 141 sets forth the procedures that must be followed and the
3 standards that will be applied when a party seeks permission from the Court to file material under
4 seal. If a party's request to file confidential material under seal is denied by the Court, then the
5 party may file the information in the public record unless otherwise instructed by the Court.

Dated:  February 28, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5, pack.2286.24

- 2 -
DECLARATION OF CHRISTOPHER KNIGHT