**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

JOSHUA DAVID PACKARD,
                 Plaintiff,

     v.

CVS Pharmacy, Inc., et al.,
                 Defendants.

_____/

Case No. 2:24-cv-02286-DJC-CKD
[Removal from Superior Court of California, Nevada, Case No. CU0001431]

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Joshua David Packard, CDCR #BV8231, a necessary and material witness/party in a settlement conference in this case on July 28, 2026, is confined in California State Prison, Centinela, 2302 Brown Rd, Imperial, CA 92251, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Allison Claire, by Zoom video conference from his place of confinement, on July 28, 2026 at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at California State Prison, Centinela, at (760)337-7650 or via email (if known).

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Jonathan Anderson, Courtroom Deputy, at JAnderson@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, California State Prison, Centinela, P.O. Box 731, Imperial, CA 92251-0731:**

**WE COMMAND** you to produce the inmate named above to testify before Magistrate Judge Claire at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: April 7, 2026

_____

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE