# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

JOSHUA DAVID PACKARD,

Plaintiff,

v.

CVS PHARMACY, INC., et al.,

Defendants.
_______________________________________/

Case No. 2:24-cv-02286-DJC-CKD

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Joshua David Packard, CDCR # BV-8231, a necessary and material witness in a settlement conference in this case on December 15, 2026, is confined in the Sierra Conservation Center (SCC), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Ila C. Deiss, by Zoom video conference from his place of confinement, on Tuesday, December 15, 2026 at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at the Sierra Conservation Center at (209) 984-8570 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Jodi Palmer, Courtroom Deputy, at jpalmer@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, SCC, 5100 O'Byrnes Ferry Road, Jamestown, California 95327:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Deiss at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

/////
/////
/////

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: October 1, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE